**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

**In the Matter of**: }
} Case No. -14-bk-50785
Chastity Price }
}
} Chapter 13
}
**Debtor(s)** }

**Notice of Change of Address**

**My Former Mailing Address was**:

Name:      Chastity Price

Street:      955 Quay Ave. #E

City, State, Zip: Columbus, OH 43212

**Please be advised that effective April 22, 2016
my new mailing address is:**

Name:      Chastity Price

Street:      965 Quay Ave. Apt. E

City, State, Zip: Columbus, OH 43212

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on April 22, 2016 to the following:

**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-344
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Chastity Price
965 Quay Ave. Apt. E
Columbus, OH 43212

Respectfully Submitted,
/s/ Justin C. Albright
Justin C. Albright (0092521)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480